IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-229-BO-BM

PAMELA MCCORD, )
        Plaintiff, )
         )
v. )        O R D E R
         )
ALERE TOXICOLOGY SERVICES, INC., )
*et al.*, )
        Defendants. )

This cause comes before the Court following plaintiff's failure to show cause as to why this case should not be dismissed for failure to prosecute. [DE 14]. Plaintiff has been warned that the failure to show cause would result in dismissal of this case. *Id.*

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action with prejudice for failure to prosecute, as the power to do so "has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). As plaintiff has failed to prosecute this action or demonstrate good cause for her failure to do so, plaintiff's complaint is hereby DISMISSED WITH PREJUDICE. The clerk is DIRECTED to close the case.

SO ORDERED, this 29 day of April 2024.

                                      *Terrence Boyle*
                                      TERRENCE W. BOYLE
                                      UNITED STATES DISTRICT JUDGE