UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA MCCORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| ALERE TOXICOLOGY SERVICES, INC, | ) | 5:23-CV-229-BO-BM |
| FASTMED URGENT CARE, P.C., HEINEN | ) | |
| MEDICAL CORPORATION, and | ) | |
| BRIAN N. HEINEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby DISMISSED WITH PREJUDICE.

This case is closed.

**This judgment filed and entered on April 30, 2024, and served on:**
Desmon L. Andrade (via US Mail to Law Office of Desmon L. Andreade, PLLC 230 Donaldson Street, 300B Fayetteville, NC 28301)
Don McKinney (via CM/ECF Notice of Electronic Filing)
Ashlee Poplin (via CM/ECF Notice of Electronic Filing)
Ayana Parker (via CM/ECF Notice of Electronic Filing)
Mindi Schulze (via CM/ECF Notice of Electronic Filing)

April 30, 2024

PETER A. MOORE, JR., CLERK

/s/ Lindsay Stouch
By: Deputy Clerk