UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PAMELA MCCORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| | ) | |
| ALERE TOXICOLOGY SERVICES, INC, | ) | 5:23-CV-229-BO-BM |
| FASTMED URGENT CARE, P.C., HEINEN | ) | |
| MEDICAL CORPORATION, and | ) | |
| BRIAN N. HEINEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is hereby
DISMISSED WITHOUT PREJUDICE.

This case is closed.

<u>**This judgment filed and entered on March 27, 2025, and served on:**</u>
Mindi Schulze (via CM/ECF Notice of Electronic Filing)
Matthew Gambale (via CM/ECF Notice of Electronic Filing)
Seth Beckley (via CM/ECF Notice of Electronic Filing)
Ashlee Poplin (via CM/ECF Notice of Electronic Filing)
Don McKinney (via CM/ECF Notice of Electronic Filing)


PETER A. MOORE, JR., CLERK

March 27, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk